UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 5:01-CR-00025-002

JAMAL PHILLIPUS

---

**FREDERICK J. SCULLIN, JR., CHIEF U.S. DISTRICT JUDGE**

## ORDER

## MODIFICATION OF SUPERVISED RELEASE TERM

This Court finds the offender has violated his conditions of supervised release by committing a Grade C violation. Based on your completion of the High Impact Incarceration Program and in accordance with the policy statement set forth in the U.S. Sentencing Guidelines 7B1.3(a)(2), this Court orders the conditions of supervised release be modified as follows:

1. You are to complete an inpatient substance abuse treatment program as directed by the Probation Office.
2. You shall reside for a period of 4 months in a community corrections center or other suitable facility and shall observe the rules of that facility.

The offender is scheduled for an inpatient commitment at The Willows, 847 James Street, Syracuse, New York 13205, telephone number (315) 471-1564 on February 2, 2006.

**IT IS HEREBY ORDERED** that the United States Marshal for the Northern District of New York, or any other authorized officer including the warden or the person in charge of the Onondaga County Justice Center, **release Jamal Phillipus** from the custody of the Onondaga County Justice Center on February 2, 2006, at 9:00 A.M. to The Willows personnel.

All other terms of the original judgment remain the same.

**SO ORDERED.**

Dated: 1/30/06
**Syracuse, New York**

Frederick J. Scullin, Jr.
**Chief United States District Judge**