United States District Court
for the
Northern District of New York
**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jamal Phillipus                     Case Number: 5:01-CR-00025-002

Name of Sentencing Judicial Officer:   Hon. Frederick J. Scullin, Jr., Senior U.S. District Judge

Date of Original Sentence:   May 8, 2002

Original Offense:   Conspiracy to Possess With Intent to Distribute Cocaine Base, 21 U.S.C. § 846

Original Sentence:   30 months imprisonment, 4 years supervised release

Type of Supervision:   Supervised release       Date Supervision Commenced:   March 8, 2004

Asst. U.S. Attorney:   Richard R. Southwick    Defense Attorney:   James F. Greenwald

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | <u>Standard Condition #7:</u>  <u>The defendant shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance.</u>  On July 28, 2006, the defendant tested presumptive positive for marijuana on an instant urinalysis test and admitted he used the substance on or about July 20, 2006. This test was confirmed positive for marijuana by the laboratory on August 3, 2006. This violation is based on the personal knowledge of the U.S. Probation Officer and laboratory results from Scientific Testing Laboratory. (Grade C violation) |

U.S. Probation Officer Recommendation:

The term of supervision should be:

   [X]   Revoked
   [ ]   Extended for  year(s), for a total term of  years.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

PAUL W. DeFELICE
Chief U.S. Probation Officer

Prob 12C -2- Petition for Warrant or Summons
. Offender Under Supervision

Name of Offender: Jamal Phillipus                              Case Number: 5:01-CR-00025-002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 15, 2006

Approved by: _____*signature*_____   by: _____*signature*_____

TIMOTHY R. KEOHANE                     SCOTT R. SHANAHAN
Supervising U.S. Probation Officer     U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] **The Issuance of a Summons**
[ ] Other
[ ] The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____*signature*_____
Signature of Judicial Officer

8/21/06
Date